UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEZMINE WELLS,

    Plaintiff,

vs.

XAVIER UNIVERSITY, et al.,

    Defendants.

Case No. 1:13-cv-00575

ORDER

The Court having been advised that the above action has been resolved in a manner satisfactory to the parties;

It is ORDERED that this action is hereby dismissed with prejudice, provided that any of the parties may, upon good cause shown, within sixty (60) days, reopen the action if the case is not consummated.

The Court retains jurisdiction over the case for purposes of its enforcement.

SO ORDERED.

Dated: 4/22/19

S. Arthur Spiegel
United States Senior District Judge